

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-33,972-74

### EX PARTE HERMAN LEE KINDRED, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. FR37588-A IN THE 27TH DISTRICT COURT FROM BELL COUNTY

*Per curiam*. WALKER, J., not participating.

### **O R D E R**

Applicant was convicted of bail jumping and sentenced to 20 years' imprisonment. The Third Court of Appeals affirmed his conviction. *Kindred v. State,* 03-89-149-CR (Tex. App.—Austin Jan. 17, 1990). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

We have previously dismissed at least five subsequent applications in this cause. *See* TEX. CODE CRIM. PROC. art. 11.07, § 4. It is obvious from the record that Applicant continues to raise grounds that were previously rejected on the merits or that should have been raised in previous

applications. We hold that Applicant has abused the writ and filed a frivolous lawsuit. *See Ex parte Jones*, 97 S.W.3d 586 (Tex. Crim. App. 2003); TEX. GOV'T CODE § 498.0045(a-1). Should Applicant file future habeas applications in this cause, we will not consider the merits of his applications unless he shows that the factual or legal basis of his grounds was unavailable in a previously filed application. This application is dismissed.

Copies of this order shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Filed: January 13, 2021
Do not publish